

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00567-CV

**IN RE: ORDER FOR FORECLOSURE, CONCERNING 6304 RIDGEHURST, SAN ANTONIO, TEXAS 78250-5006**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07478
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 22, 2019, appellant filed a notice of appeal stating its intent to appeal an order awarding the appellees attorney's fees; however, the notice of appeal stated no final order was signed. On August 26, 2019, a deputy clerk of this court contacted the trial court regarding the status of the order and was informed no order will be entered.

"[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because no final judgment or appealable order appears to have been entered in the underlying cause with regard to the payment of attorney's fees, appellant is ORDERED to show cause in writing no later than two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court